_____   X___RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**       Evidentiary Hrg: Y (N)
                                                      Exhibits Filed: (Y) N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 12/04/2013 Time: 10:00

**CASE: 13-00580 Solomons One, LLC. v. Donnelly et al**

Related: 13-24475 Solomons One, LLC.

Alan Carl Lazerow and Susan Jaffe Roberts representing Solomons One, LLC. (Plaintiff)
Anuj Sud representing V. Charles Donnelly (Defendant)
Anuj Sud representing Deborah A Steffen (Defendant)

[1] Adversary case 13-00580. (12 (Recovery of money/property - 547 preference)) Complaint by Susan Jaffe Roberts on behalf of Solomons One, LLC. against V. Charles Donnelly, Deborah A Steffen. Fee Amount $293. (Attachments: #s4 Exhibit D)

**FILED BY** : Solomons One, LLC. BY S Roberts A Lazerow

*[handwritten notes: Pretrial conf re:, J Wright, A. Welch]*

SCHEDULE:

   1.Discovery cutoff:_____   6.Pretrial memos/exhibits:_____

   2.Dispositive motions:_____   7.Trial times est:_____days____hrs

   3.Status report due:_____   8.Trial date:_____ time:_____

   4.Motions hrg. date:_____   9.Expert witness &Rpts:_____

   5.Final pretrial hrg:_____   10.Reissue Summons:_____

DISPOSITION:

   Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

   Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                    _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____        for want of Prosecution

                                                    _____ Day Settlement Order

_____Decision Reserved          _____ Moot

_____Default / No Response         _____ Soldiers and Sailors Affidavit Due
_____Show Cause Order              _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____


DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] plaintiff's counsel     [ ] Court
        [ ] defendant's counsel     [ ] Other _____

NOTES:

*Court to enter scheduling order*