

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT

| In Re: | |
|---|---|
| Solomons One, LLC | Case No.　　13-24475-TJC |
| Debtor | Chapter　　11 |
| Solomons One, LLC | |
| Plaintiff | |
| vs. | Adversary No.　　13-00580 |
| V. Charles Donnelly and Deborah A. Steffen | |
| Defendants | |

## BRIEFING SCHEDULE ORDER

The court held a pre-trial conference on December 4, 2013. At the pre-trial conference the parties agreed to a briefing schedule in this adversary proceeding to resolve the defendants Motion to Dismiss or Stay Plaintiff's Complaint. Docket No. 9. For good cause appearing, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the plaintiff's opposition and cross motion shall be filed by December 16, 2013; and it is further

  ORDERED, that the defendant's opposition to the cross motion and reply brief shall be filed by January 13, 2014; and it is further

  ORDERED, that the plaintiff's reply brief shall be filed by January 27, 2014; and it is further

  ORDERED, that the court shall hold a hearing on February 21, 2014, at 10:30.

cc: Plaintiff
   Plaintiff's counsel
   Defendants
   Defendants' counsel
   Trustee
   United States Trustee

**<u>END OF ORDER</u>**